Mark C. Goodman (Cal. Bar No. 154692)
Patricia S. Goodman (Cal. Bar No. 160518)
PO Box 658
Ross, CA 94957
Phone: 415-497-0689
Email: trishscottgoodman@gmail.com

MARK C. GOODMAN AND PATRICIA S. GOODMAN, IN PRO PER

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK C. GOODMAN, PATRICIA S. GOODMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>RENEWAL BY ANDERSEN, LLC, JEMICO, LLC dba RENEWAL BY ANDERSEN OF SAN FRANCISCO and DOES 2 to 10, inclusive,<br><br>Defendants. | Case No.: 4:26-cv-04974-JST<br><br>**STIPULATED ORDER TO REMAND REMOVED ACTION**<br><br>Complaint filed: April 28, 2026<br>Removal filed: May 26, 2026<br>First Amended Complaint filed: Sept. 16, 2026 |

Plaintiffs and defendant Renewal By Andersen, LLC stipulate as follows:

1. On April 28, 2026, Plaintiffs filed an action in the Superior Court of the State of California in and for the County of Marin, entitled Mark C. Goodman, Patricia S. Goodman vs. Renewal By Andersen LLC, and Does 1 to 10, inclusive, as Case No. CV0009930 (the “Action”).

2. On May 26, 2026, the defendant filed a notice of removal of the Action to the United States District Court for the Northern District of California.

3. On August 19, 2026, Plaintiffs filed a motion for leave to file a first amended complaint. The proposed amended complaint added a new defendant, Jemico, LLC dba Renewal By Andersen of San Francisco, and a cause of action for negligence. Jemico, LLC is a Delaware corporation with its principal place of business in Hayward, California.

4. On September 15, 2026, the Court granted Plaintiffs' motion for leave to file a first amended complaint.

5. On September 16, 2026, Plaintiffs filed a first amended complaint that includes defendant Jemico, LLC. Given the addition of Jemico, LLC as a defendant, there is no federal diversity jurisdiction over the Action at this time.

6. At the September 15, 2026 hearing on Plaintiffs' motion for leave to amend, the Court instructed the parties to file a stipulated proposed order to remand the Action to the Marin County Superior Court.

7. The parties hereby stipulate that the Action be remanded to the Marin County Superior Court.

8. The parties further stipulate that each party shall bear its own attorney's fees and costs with respect to the removal and subsequent remand of the Action pursuant to this stipulation and order.

DATED: September 21, 2026

*/s/Mark C. Goodman and Patricia S. Goodman*

MARK C. GOODMAN AND
PATRICIA S. GOODMAN
Plaintiffs, In Pro Per

DATED: September 21, 2026

HUGO PARKER, LLP

By: [signature]

Heidi K. Hugo
Seda Akay Onur
Attorneys for Defendant
RENEWAL BY ANDERSEN LLC

In light of the stipulation of the parties set forth above, and good cause appearing, the Court orders as follows:

1. The parties' stipulation is approved;

2. Northern District of California case number 4:26-cv-04974-JST, styled Mark C. Goodman, Patricia S. Goodman vs. Renewal By Andersen LLC, Jemico LLC, et al., is hereby remanded to the Superior Court of the State of California for the County of Marin; and

3. This Court shall take no further action with respect to this matter.

**IT IS SO ORDERED**.

Dated: September 23, 2026

The Hon. Jon S. Tigar
United States District Court Judge